| Case No.: | 18-03688 | | | Trustee Name: | Gene T. Chambers |
| --- | --- | --- | --- | --- | --- |
| Case Name: | SHIPLEY, DANIEL B. AND SHIPLEY, NICOLE R. | | | Date Filed (f) or Converted (c): | 06/19/2018 (f) |
| For the Period Ending: | 06/30/2019 | | | §341(a) Meeting Date: | 07/27/2018 |
| | | | | Claims Bar Date: | 11/19/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 6931 OAK WOOD COURT, BROOKINGS, OR 97415 (CURRY COUNTY, OREGON | $350,000.00 | Unknown | | $0.00 | Unknown |
| Asset Notes: | TRUSTEE IS PURSUING A SHORT SALE WITH CARVEOUT TO ESTATE THROUGH BKGLOBAL. | | | | | |
| 2 | 2001 HONDA CIVIC (VIN: 1HGEM22571L017006) | $1,175.00 | $0.00 | | $0.00 | FA |
| 3 | 2005 TOYOTA PRIUS (VIN:) JTKDE177850030178 | $2,275.00 | $0.00 | | $0.00 | FA |
| 4 | 2010 VW JETTA (VIN: 3VWRX7AJ5AM106071) | $4,000.00 | $0.00 | | $0.00 | FA |
| 5 | HOUSEHOLD GOODS | $800.00 | $0.00 | | $0.00 | FA |
| 6 | ELECTRONICS | $500.00 | $0.00 | | $0.00 | FA |
| 7 | CLOTHES | $75.00 | $0.00 | | $0.00 | FA |
| 8 | JEWELRY | $100.00 | $0.00 | | $0.00 | FA |
| 9 | 3 DOGS | Unknown | $0.00 | | $0.00 | FA |
| 10 | CARGO TRAILER | $500.00 | $0.00 | | $0.00 | FA |
| 11 | LAWN MOWER | $25.00 | $0.00 | | $0.00 | FA |
| 12 | CHECKING ACCOUNT - CHASE | $219.90 | $0.00 | | $0.00 | FA |
| 13 | CHECKING -ROGUE CREDIT UNION | $76.98 | $0.00 | | $0.00 | FA |
| 14 | SAVINGS ACCOUNT - ROGUE CREDIT UNION | $0.44 | $0.00 | | $0.00 | FA |
| 15 | BUSINESS CHECKING ACCOUNT - CHASE | $89.01 | $0.00 | | $0.00 | FA |
| 16 | BUSINESS SAVINGS ACCOUNT - CHASE | $0.05 | $0.00 | | $0.00 | FA |
| 17 | SON'S CHECKING ACCOUNT - CHASE | $60.48 | $0.00 | | $0.00 | FA |
| 18 | POST PETITION RENT                                    (u) | $0.00 | Unknown | | $2,400.00 | Unknown |

**TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Asset** |
| | $359,896.86 | $0.00 | | $2,400.00 | $0.00 |

FORM 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 2

| Case No.: | 18-03688 | Trustee Name: | Gene T. Chambers |
| Case Name: | SHIPLEY, DANIEL B. AND SHIPLEY, NICOLE R. | Date Filed (f) or Converted (c): | 06/19/2018 (f) |
| For the Period Ending: | 06/30/2019 | §341(a) Meeting Date: | 07/27/2018 |
| | | Claims Bar Date: | 11/19/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**

12/20/2018    CLAIMS REVIEW/OBJECTION COMPLETED

08/22/2018    M.E. HENKEL, P.A. EMPLOYED AS SPECIAL REAL ESTATE COUNSEL

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** 03/31/2019 | **Current Projected Date Of Final Report (TFR):** 12/31/2019 | /s/ GENE T. CHAMBERS |
| | | GENE T. CHAMBERS |

# FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| Case No. | 18-03688 | Trustee Name: | Gene T. Chambers |
|---|---|---|---|
| Case Name: | SHIPLEY, DANIEL B. AND SHIPLEY, NICOLE R. | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***6848 | Checking Acct #: | ******8801 |
| Co-Debtor Taxpayer ID #: | **-***6849 | Account Title: | |
| For Period Beginning: | 07/01/2018 | Blanket bond (per case limit): | $32,583,498.00 |
| For Period Ending: | 06/30/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/16/2018 | (18) | SHIPLEY | JULY 2018 RENT | 1122-000 | $1,200.00 | | $1,200.00 |
| 08/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $1.12 | $1,198.88 |
| 10/04/2018 | (18) | SHIPLEY | AUGUST 2018 RENT | 1122-000 | $1,200.00 | | $2,398.88 |
| | | | TOTALS: | | $2,400.00 | $1.12 | $2,398.88 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $2,400.00 | $1.12 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $2,400.00 | $1.12 | |

| For the period of 07/01/2018 to 06/30/2019 | | For the entire history of the account between 08/16/2018 to 6/30/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,400.00 | Total Compensable Receipts: | $2,400.00 |
| Total Non-Compensable Receipt | $0.00 | Total Non-Compensable Receipt | $0.00 |
| Total Comp/Non Comp Receipts | $2,400.00 | Total Comp/Non Comp Receipts | $2,400.00 |
| Total Internal/Transfer Receipts | $0.00 | Total Internal/Transfer Receipts | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1.12 | Total Compensable Disbursements: | $1.12 |
| Total Non-Compensable Disbursement | $0.00 | Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements | $1.12 | Total Comp/Non Comp Disbursements | $1.12 |
| Total Internal/Transfer Disbursements | $0.00 | Total Internal/Transfer Disbursements | $0.00 |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | |
|---|---|---|---|---|
| **Case No.** | 18-03688 | | **Trustee Name:** | Gene T. Chambers |
| **Case Name:** | SHIPLEY, DANIEL B. AND SHIPLEY, NICOLE R. | | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***6848 | | **Checking Acct #:** | ******8801 |
| **Co-Debtor Taxpayer ID #:** | **-***6849 | | **Account Title:** | |
| **For Period Beginning:** | 07/01/2018 | | **Blanket bond (per case limit):** | $32,583,498.00 |
| **For Period Ending:** | 06/30/2019 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | $2,400.00 | $1.12 | $2,398.88 |

| For the period of 07/01/2018 to 06/30/2019 | | For the entire history of the account between 08/16/2018 to 6/30/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,400.00 | Total Compensable Receipts: | $2,400.00 |
| Total Non-Compensable Receipt | $0.00 | Total Non-Compensable Receipt | $0.00 |
| Total Comp/Non Comp Receipts | $2,400.00 | Total Comp/Non Comp Receipts | $2,400.00 |
| Total Internal/Transfer Receipts | $0.00 | Total Internal/Transfer Receipts | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1.12 | Total Compensable Disbursements: | $1.12 |
| Total Non-Compensable Disbursement | $0.00 | Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements | $1.12 | Total Comp/Non Comp Disbursements | $1.12 |
| Total Internal/Transfer Disbursements | $0.00 | Total Internal/Transfer Disbursements | $0.00 |

/s/ GENE T. CHAMBERS

GENE T. CHAMBERS