

a Walter company

*Please be advised that Ditech requires the Final HUD/CD to be approved prior to closing. Send HUD/CD for approval to gt.final.hud@ditech.com*

***If the Final closing documents are not received within 12 hours of closing the Short Sale funds could be subject to being sent back.****

 ~~Due to Investor guidelines the subordinate lien is required to provide full release of liability and deficiency if they agree to accept the proceeds allocated from the short sale transaction. If the subordinate lien declines to fully release the borrower of liability and deficiency in the short sale the file is not eligible to participate in the short sale program.~~

Approved Closing Cost by Fannie Mae, do not go over the numbers listed below or the HUD1 will be rejected; <u>final figures, non-negotiable.</u>
<u>Parties other than ditech must absorb (pay) any additional unapproved closing costs.</u>
**Loan Number:** 34537522

**Property Taxes:** $900.00
**Seller Attorney Closing Escrow Fee:** $513.00
**Title Policy Insurance:** $1044.00
**Recording Fee:** $121.00
**Other Seller Closing Cost:** $8695.00 (BK Carve Out or Estate Fee $ 8,200, Lien / Municipal Lien Search / Title Exam / Abstract Fees $ 20, Wire / Notary / Courier Fees $ 180, BK Closing coordination fee $ 295)

Total approved fees: $11,273 (Line #7 on the approval letter)

**Ditech – Loss Mitigation**
888-315-8733



Ditech Financial LLC
P.O. Box 15009
Tempe, AZ 85284-0109
Phone: 1-800-643-0202
www.ditech.com

August 28, 2019

THE INDEPENDENCE LAW FIRM
WILLIAM J SANCHEZ
1800 PEMBROOK DRIVE
SUITE 300
ORLANDO, FL 32810

Re: Ditech Financial LLC, ("Ditech")
Customer Name: DANIEL SHIPLEY
Account Number: 0034537522
Property Address: 6931 OAKWOOD CT
BROOKINGS, OR 97415-0000

**THIS INFORMATIONAL NOTICE IS NOT AN ATTEMPT TO COLLECT A DEBT. IF YOUR CLIENT IS CURRENTLY IN BANKRUPTCY OR THEY DISCHARGED THIS DEBT IN A BANKRUPTCY, THE SERVICER IS NOT ATTEMPTING TO COLLECT OR RECOVER THE DEBT AS THEIR PERSONAL LIABILITY.**

Dear THE INDEPENDENCE LAW FIRM WILLIAM J SANCHEZ:

The current payoff on your client's above-referenced account is $349,261.61. * Please be advised that Ditech Financial LLC ("Ditech") has approved the proposed short payoff subject to the following conditions:

1. Approval is contingent upon Ditech receiving proof of escrow/settlement being opened.
2. Sale of property is to be on or before **10/04/2019**.
3. Gross contract sales price is **$347,000.00**.
4. Ditech will accept and consider payment in the amount of **$313,407.00** on the account as a settlement in full.
5. Maximum net sales proceeds to the 2nd lien of **$1,500.00**.
6. Maximum commissions to agent of **$20,820.00**.

* BECAUSE OF INTEREST, LATE CHARGES, AND OTHER CHARGES THAT MAY VARY FROM DAY TO DAY, THE AMOUNT DUE ON THE DAY YOUR CLIENT PAYS MAY BE GREATER. HENCE, IF YOUR CLIENT PAYS THE AMOUNT SHOWN ABOVE, AN ADJUSTMENT MAY BE NECESSARY AFTER WE RECEIVE THEIR CHECK, IN WHICH EVENT WE WILL INFORM YOUR CLIENT BEFORE DEPOSITING THE CHECK FOR COLLECTION. FOR FURTHER INFORMATION, CONTACT CUSTOMER SERVICE AT THE ABOVE-REFERENCED ADDRESS OR TOLL FREE NUMBER.

0034537522　　　　　　　　　　　　　　　ABK
Pre-FC Loss Mit Bank Account 1st Lien　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　6/19/2017
　　　　　　　　　　　　　　　2019082819.1.0.2513-J20150825Y　　　　　　　　　　　　　LTR-1015



7. Maximum closing costs **$11,273.00** which excludes: third party short sale negotiation fees, third party short sale processing fees, escrow paid, pest inspections, home warranties, and water, sewer or utility fees.
8. Send separate wires for each account if there are multiple accounts to Ditech.
9. Parties other than Ditech must absorb (pay) any additional unapproved closing costs.
10. Customer (Seller) shall receive a maximum of $0.00 cash upon successful closing for relocation assistance.

Any funds in your client's escrow account will be applied to their remaining account balance. Upon receipt and verification of good funds, Ditech will release the deed of trust/mortgage and the Note will be settled in full.

***This offer is expressly conditioned upon DITECH'S receipt of the funds by 10/04/2019.***

If this offer is based upon a cash settlement, please assure good funds are received by Ditech by 10/04/2019. Your client may use the wiring instructions referenced below to send their settlement funds.

If this offer is conditioned upon the sale or refinance of the collateral securing the above-referenced account, Ditech must receive all available funds from the sale or the closing of the new account, not to exceed the full payoff amount of the existing account. Your client has represented to Ditech that there are no additional funds available from the sale or refinance of the property and that your client shall receive no funds, either directly or indirectly, from the sale or the closing of the new account. If any additional funds become available, your client must instruct the title company to disburse the funds to Ditech.

In addition, the following documents **must** be emailed or faxed at the time of closing to gt.final.hud@ditech.com or 1-855-854-5146:

- Wire confirmation from institution showing the funds wired to Ditech
- Signed Servicer Approval Letter
- Closing Disclosure Forms/HUD-1 signed by all parties involved in the sale**
- Pre-Foreclosure Sale Addendum signed by all parties involved in the sale
- Copy of fully executed power of attorney
- Second Lien Approval Letter (if applicable)

On the date of closing, please direct the title company to remit the above-referenced amount by wire transfer using the following instructions:

<u>Wiring Instructions:</u>
ABA:            021000089
Account:        31115214
Account Name:   Ditech Financial LLC
Bank Name:      Citibank, N.A.

**Account #: 0034537522**

**Please include the above-referenced account number with the payment.**

Your client's creditor may be required to report to the Internal Revenue Service any debt forgiveness of $600 or more in principal, subject to certain exceptions that may or may not apply to your client. If required, such reporting may result in consequences regarding your client's federal, state or local tax liability. In addition, if your client receives public assistance, the forgiveness of debt may affect their eligibility for these benefits. Ditech cannot provide any advice or guidance regarding possible tax consequences or effect on any public assistance benefits. Your client may wish to consult with their tax professional about any possible tax consequences and/or their public assistance office regarding other consequences that may result from the forgiveness of debt.

0034537522                              ABK
Pre-FC Loss Mit Bank Account 1st Lien                                       6/19/2017
                        2019082819.1.0.2513-J20150825Y                      LTR-1015



If your client receives public assistance, the forgiveness of debt may affect your client's eligibility for these benefits. Ditech cannot provide any advice or guidance regarding possible tax consequences or effect on any public assistance benefits. Your client may wish to consult with their tax professional about any possible tax consequences and/or your client's public assistance office regarding other consequences that may result from the forgiveness of debt. If your client chooses not to proceed with the forgiveness of debt, please contact Ditech immediately at 1-877-816-9125.

Please note that the purchaser of the subject above-referenced property will be prohibited from conveying it for any sales price for a period of 30 days from the date of purchase. After that 30-day period expires, the purchaser will be further prohibited from conveying the property for a sales price greater than $416,400.00 until 90 days after the date of purchase. These restrictions run with the land and are not personal to the purchaser.

If your client has any questions, please call me at 1-877-816-9125. Thank you for your assistance.

**Ditech has designated the following address where mortgage loan customers must send any Qualified Written Request, Notice of Error or Request for Information: P.O. Box 12710, Tempe, AZ 85284-0046.**

Sincerely,

MARCIEX S
Ditech
1-877-816-9125
Monday - Friday 7 a.m. to 8 p.m., Saturday 7 a.m. to 1 p.m. CST

Enclosures: Short Sale Affidavit

---

** Ditech policy prohibits it from providing any instructions to settlement agents or the customer regarding the completion of the HUD-1.

0034537522                           ABK
Pre-FC Loss Mit Bank Account 1st Lien                                                                    6/19/2017
                            2019082819.1.0.2513-J20150825Y                                               LTR-1015



# SHORT SALE AFFIDAVIT

**Servicer:** _____

**Servicer Loan Number:** _____

**Address of Property:**
6931 Oak Wood Court, Brookings, OR 97415
_____

**Date of Purchase Contract:** 07 / 19 / 2019

**Investor:** _____

**Seller:** Gene T. Chambers, Chapter 7 Trustee of the Bankruptcy Estate of Daniel and Nicole Shipley, Case No. 18-03688

**Buyer:** Dennis and Noel Henderson

**Seller:** _____

**Buyer:** _____

**Seller's Agent/Listing Agent:** Angela Gardner

**Buyer's Agent:** Jim Green

**Escrow Closing Agent:** _____

**Transaction Facilitator (if applicable):** _____

This Short Sale Affidavit ("Affidavit") is given by the Seller(s), Buyer(s), Agent(s), and Facilitator to the Servicer and the Investor of the mortgage loan secured by the Property ("Mortgage") in consideration for the mutual and respective benefits to be derived from the short sale of the Property.

NOW, THEREFORE, the Seller(s), Buyer(s), Agent(s), and Facilitator do hereby represent, warrant and agree under the pains and penalties of perjury, to the best of each signatory's knowledge and belief, as follows:

(a) The sale of the Property is an "arm's length" transaction, between Seller(s) and Buyer(s) who are unrelated and unaffiliated by family, marriage, or commercial enterprise;

(b) There are no agreements, understandings or contracts between the Seller(s) and Buyer(s) that the Seller(s) will remain in the Property as tenants or later obtain title or ownership of the Property, except that the Seller(s) are permitted to remain as tenants in the Property for a short term, as is common and customary in the market but no longer than ninety (90) days, in order to facilitate relocation;



(c) Neither the Seller(s) nor the Buyer(s) will receive any funds or commissions from the sale of the Property except that the Seller(s) may receive a payment if it is offered by the Servicer, approved by the Investor and, if the payment is made at closing of the short sale of the Property, reflected on the HUD-1 Settlement Statement/Closing Disclosure Forms;

(d) The Seller(s)/Listing Agent has presented all offers for the purchase of the Property to the Borrower and no offers have been held, concealed or delayed due to action or inaction by any Agent; [As of August 1, 2014, this attestation is a mandatory requirement as stated in SVC-2014-09: Updates to Short Sale and Mortgage ReleaseTM (Fannie Mae accounts) and Bulletin 2014-10 (Freddie Mac accounts).]

(e) There are no agreements, understandings or contracts relating to the current sale or subsequent sale of the Property that have not been disclosed to the Servicer;

(f) All amounts to be paid to any person or entity, including holders of other liens on the Property, in connection with the short sale have been disclosed to and approved by the Servicer and will be reflected on the HUD-1 Settlement Statement/Closing Disclosure Forms;

(g) Each signatory understands, agrees and intends that the Servicer and the Investor are relying upon the statements made in this Affidavit as consideration for the reduction of the payoff amount of the Mortgage and agreement to the sale of the Property;

(h) A signatory who makes a negligent or intentional misrepresentation agrees to indemnify the Servicer and the Investor for any and all loss resulting from the misrepresentation including, but not limited to, repayment of the amount of the reduced payoff of the Mortgage;

(i) This Affidavit and all representations, warranties and statements made herein will survive the closing of the short sale transaction; and

(j) Each signatory understands that a misrepresentation may subject the person making the misrepresentation to civil and/or criminal liability.

IN WITNESS WHEREOF, I have subscribed my name this 10th day of September, 2019.

(**Seller's Signature**) By: _____

IN WITNESS WHEREOF, I have subscribed my name this ____ day of _____, 20____.

(**Seller's Signature**) By: _____

IN WITNESS WHEREOF, I have subscribed my name this ____ day of _____, 20____.

(**Buyer's Signature**) By: _____

IN WITNESS WHEREOF, I have subscribed my name this ____ day of _____, 20____.

(**Buyer's Signature**) By: _____

IN WITNESS WHEREOF, I have subscribed my name this ____ day of _____, 20____.

**(Seller's Agent/Listing Agent's Signature)** By: _____

IN WITNESS WHEREOF, I have subscribed my name this ____ day of _____, 20____.

**(Escrow Closing Agent's Signature)** By: _____

IN WITNESS WHEREOF, I have subscribed my name this ____ day of _____, 20____.

**(Buyer's Agent's Signature)** By: _____

IN WITNESS WHEREOF, I have subscribed my name this ____ day of _____, 20____.

(Transaction Facilitator's Signature (if applicable)) By: _____



1425062 - 17

DITECH FINANCIAL LLC
P.O. BOX 6172
RAPID CITY SD 57709

US POSTAGE AND FEES PAID
**FIRST-CLASS**
Oct 04 2019
Mailed from ZIP 56303
2 oz First-Class Mail Flats Rate



071V00922396



THE INDEPENDENCE LAW FIRM
WILLIAM J SANCHEZ
1800 PEMBROOK DRIVE
SUITE 300
ORLANDO FL 32810

Envelope: USPS_6x9_FULL WINDOW
Total Pages: 7





Ditech Financial LLC
P.O. Box 15009
Tempe, AZ 85284-0109
Phone: 1-800-643-0202
www.ditech.com

October 3, 2019

THE INDEPENDENCE LAW FIRM
WILLIAM J SANCHEZ
1800 PEMBROOK DRIVE
SUITE 300
ORLANDO, FL 32810

Re:  Ditech Financial LLC, ("Ditech")
     Customer Name: DANIEL SHIPLEY
     Account Number: 0034537522
     Property Address: 6931 OAKWOOD CT
                      BROOKINGS, OR 97415-0000

**THIS INFORMATIONAL NOTICE IS NOT AN ATTEMPT TO COLLECT A DEBT. IF YOUR CLIENT IS CURRENTLY IN BANKRUPTCY OR THEY DISCHARGED THIS DEBT IN A BANKRUPTCY, THE SERVICER IS NOT ATTEMPTING TO COLLECT OR RECOVER THE DEBT AS THEIR PERSONAL LIABILITY.**

Dear THE INDEPENDENCE LAW FIRM WILLIAM J SANCHEZ:

The current payoff on your client's above-referenced account is $349,261.61. * Please be advised that Ditech Financial LLC ("Ditech") has approved the proposed short payoff subject to the following conditions:

1. Approval is contingent upon Ditech receiving proof of escrow/settlement being opened.
2. Sale of property is to be on or before **10/25/2019**.
3. Gross contract sales price is **$347,000.00**.
4. Ditech will accept and consider payment in the amount of **$313,407.00** on the account as a settlement in full.
5. Maximum net sales proceeds to the 2nd lien of **$1,500.00**.
6. Maximum commissions to agent of **$20,820.00**.

* **BECAUSE OF INTEREST, LATE CHARGES, AND OTHER CHARGES THAT MAY VARY FROM DAY TO DAY, THE AMOUNT DUE ON THE DAY YOUR CLIENT PAYS MAY BE GREATER. HENCE, IF YOUR CLIENT PAYS THE AMOUNT SHOWN ABOVE, AN ADJUSTMENT MAY BE NECESSARY AFTER WE RECEIVE THEIR CHECK, IN WHICH EVENT WE WILL INFORM YOUR CLIENT BEFORE DEPOSITING THE CHECK FOR COLLECTION. FOR FURTHER INFORMATION, CONTACT CUSTOMER SERVICE AT THE ABOVE-REFERENCED ADDRESS OR TOLL FREE NUMBER.**

0034537522                                              ABK                                    6/19/2017
Pre-FC Loss Mit Bank Account 1st Lien                                                          LTR-1015

2019100319.1.0.2555-J20150825Y

7. Maximum closing costs **$11,273.00** which excludes: third party short sale negotiation fees, third party short sale processing fees, escrow paid, pest inspections, home warranties, and water, sewer or utility fees.
8. Send separate wires for each account if there are multiple accounts to Ditech.
9. Parties other than Ditech must absorb (pay) any additional unapproved closing costs.
10. Customer (Seller) shall receive a maximum of $0.00 cash upon successful closing for relocation assistance.

Any funds in your client's escrow account will be applied to their remaining account balance. Upon receipt and verification of good funds, Ditech will release the deed of trust/mortgage and the Note will be settled in full.

***This offer is expressly conditioned upon DITECH'S receipt of the funds by 10/25/2019.***

If this offer is based upon a cash settlement, please assure good funds are received by Ditech by 10/25/2019. Your client may use the wiring instructions referenced below to send their settlement funds.

If this offer is conditioned upon the sale or refinance of the collateral securing the above-referenced account, Ditech must receive all available funds from the sale or the closing of the new account, not to exceed the full payoff amount of the existing account. Your client has represented to Ditech that there are no additional funds available from the sale or refinance of the property and that your client shall receive no funds, either directly or indirectly, from the sale or the closing of the new account. If any additional funds become available, your client must instruct the title company to disburse the funds to Ditech.

In addition, the following documents **must** be emailed or faxed at the time of closing to gt.final.hud@ditech.com or 1-855-854-5146:

- Wire confirmation from institution showing the funds wired to Ditech
- Signed Servicer Approval Letter
- Closing Disclosure Forms/HUD-1 signed by all parties involved in the sale**
- Pre-Foreclosure Sale Addendum signed by all parties involved in the sale
- Copy of fully executed power of attorney
- Second Lien Approval Letter (if applicable)

On the date of closing, please direct the title company to remit the above-referenced amount by wire transfer using the following instructions:

Wiring Instructions:
ABA:            021000089
Account:        31115214
Account Name:   Ditech Financial LLC
Bank Name:      Citibank, N.A.

**Account #: 0034537522**

**Please include the above-referenced account number with the payment.**

Your client's creditor may be required to report to the Internal Revenue Service any debt forgiveness of $600 or more in principal, subject to certain exceptions that may or may not apply to your client. If required, such reporting may result in consequences regarding your client's federal, state or local tax liability. In addition, if your client receives public assistance, the forgiveness of debt may affect their eligibility for these benefits. Ditech cannot provide any advice or guidance regarding possible tax consequences or effect on any public assistance benefits. Your client may wish to consult with their tax professional about any possible tax consequences and/or their public assistance office regarding other consequences that may result from the forgiveness of debt.

0034537522
Pre-FC Loss Mit Bank Account 1st Lien

ABK

2019100319.1.0.2555-J20150825Y

6/19/2017
LTR-1015



If your client receives public assistance, the forgiveness of debt may affect your client's eligibility for these benefits. Ditech cannot provide any advice or guidance regarding possible tax consequences or effect on any public assistance benefits. Your client may wish to consult with their tax professional about any possible tax consequences and/or your client's public assistance office regarding other consequences that may result from the forgiveness of debt. If your client chooses not to proceed with the forgiveness of debt, please contact Ditech immediately at 1-877-816-9125.

Please note that the purchaser of the subject above-referenced property will be prohibited from conveying it for any sales price for a period of 30 days from the date of purchase. After that 30-day period expires, the purchaser will be further prohibited from conveying the property for a sales price greater than $416,400.00 until 90 days after the date of purchase. These restrictions run with the land and are not personal to the purchaser.

If your client has any questions, please call me at 1-877-816-9125. Thank you for your assistance.

**Ditech has designated the following address where mortgage loan customers must send any Qualified Written Request, Notice of Error or Request for Information: P.O. Box 12710, Tempe, AZ 85284-0046.**

Sincerely,

MARCIEX S
Ditech
1-877-816-9125
Monday - Friday 7 a.m. to 8 p.m., Saturday 7 a.m. to 1 p.m. CST

Enclosures: Short Sale Affidavit

---

**  Ditech policy prohibits it from providing any instructions to settlement agents or the customer regarding the completion of the HUD-1.

0034537522                                          ABK
Pre-FC Loss Mit Bank Account 1st Lien                                                                6/19/2017
                                                                                                     LTR-1015

2019100319.1.0.2555-J20150825Y

## SHORT SALE AFFIDAVIT

**Servicer:** _____

**Servicer Loan Number:** _____

**Address of Property:**

_____

_____

**Date of Purchase Contract:** ____/____/____

**Investor:** _____

**Seller:** _____

**Buyer:** _____

**Seller:** _____

**Buyer:** _____

**Seller's Agent/Listing Agent:** _____

**Buyer's Agent:** _____

**Escrow Closing Agent:** _____

**Transaction Facilitator (if applicable):** _____

This Short Sale Affidavit ("Affidavit") is given by the Seller(s), Buyer(s), Agent(s), and Facilitator to the Servicer and the Investor of the mortgage loan secured by the Property ("Mortgage") in consideration for the mutual and respective benefits to be derived from the short sale of the Property.

NOW, THEREFORE, the Seller(s), Buyer(s), Agent(s), and Facilitator do hereby represent, warrant and agree under the pains and penalties of perjury, to the best of each signatory's knowledge and belief, as follows:

(a) The sale of the Property is an "arm's length" transaction, between Seller(s) and Buyer(s) who are unrelated and unaffiliated by family, marriage, or commercial enterprise;

(b) There are no agreements, understandings or contracts between the Seller(s) and Buyer(s) that the Seller(s) will remain in the Property as tenants or later obtain title or ownership of the Property, except that the Seller(s) are permitted to remain as tenants in the Property for a short term, as is common and customary in the market but no longer than ninety (90) days, in order to facilitate relocation;

---

0034537522  
Short Sale Affidavit (Form 191)

ABK


2019100319.1.0.2555-J20150825Y

8/8/2014



(c) Neither the Seller(s) nor the Buyer(s) will receive any funds or commissions from the sale of the Property except that the Seller(s) may receive a payment if it is offered by the Servicer, approved by the Investor and, if the payment is made at closing of the short sale of the Property, reflected on the HUD-1 Settlement Statement/Closing Disclosure Forms;

(d) The Seller(s)/Listing Agent has presented all offers for the purchase of the Property to the Borrower and no offers have been held, concealed or delayed due to action or inaction by any Agent; [As of August 1, 2014, this attestation is a mandatory requirement as stated in SVC-2014-09: Updates to Short Sale and Mortgage ReleaseTM (Fannie Mae accounts) and Bulletin 2014-10 (Freddie Mac accounts).]

(e) There are no agreements, understandings or contracts relating to the current sale or subsequent sale of the Property that have not been disclosed to the Servicer;

(f) All amounts to be paid to any person or entity, including holders of other liens on the Property, in connection with the short sale have been disclosed to and approved by the Servicer and will be reflected on the HUD-1 Settlement Statement/Closing Disclosure Forms;

(g) Each signatory understands, agrees and intends that the Servicer and the Investor are relying upon the statements made in this Affidavit as consideration for the reduction of the payoff amount of the Mortgage and agreement to the sale of the Property;

(h) A signatory who makes a negligent or intentional misrepresentation agrees to indemnify the Servicer and the Investor for any and all loss resulting from the misrepresentation including, but not limited to, repayment of the amount of the reduced payoff of the Mortgage;

(i) This Affidavit and all representations, warranties and statements made herein will survive the closing of the short sale transaction; and

(j) Each signatory understands that a misrepresentation may subject the person making the misrepresentation to civil and/or criminal liability.

IN WITNESS WHEREOF, I have subscribed my name this _10th_ day of _October_, 20_19_.

(**Seller's Signature**) By: _____ Trustee

IN WITNESS WHEREOF, I have subscribed my name this ____ day of _____, 20____.

(**Seller's Signature**) By: _____

IN WITNESS WHEREOF, I have subscribed my name this ____ day of _____, 20____.

(**Buyer's Signature**) By: _____

IN WITNESS WHEREOF, I have subscribed my name this ____ day of _____, 20____.

(**Buyer's Signature**) By: _____

0034537522  ABK  8/8/2014
Short Sale Affidavit (Form 191)
2019100319.1.0.2555-J20150825Y



IN WITNESS WHEREOF, I have subscribed my name this ____ day of _____, 20____.

(**Seller's Agent/Listing Agent's Signature**) By: _____

IN WITNESS WHEREOF, I have subscribed my name this ____ day of _____, 20____.

(**Escrow Closing Agent's Signature**) By: _____

IN WITNESS WHEREOF, I have subscribed my name this ____ day of _____, 20____.

(**Buyer's Agent's Signature**) By: _____

IN WITNESS WHEREOF, I have subscribed my name this ____ day of _____, 20____.

(Transaction Facilitator's Signature (if applicable)) By: _____

---

