**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re :                                                                                          Case No. **6:18-bk-03688-KSJ**
                                                                                                  Chapter 7

**Daniel B. Shipley** and
**Nicole R. Shipley**,
                                    Debtor(s).
_____/

### CERTIFICATION OF NECESSITY OF REQUEST FOR EMERGENCY HEARING

     I HEREBY CERTIFY, as a member of the Bar of the Court, that I have carefully examined the matter under consideration and to the best of my knowledge, information and Belief formed after reasonable inquiry, all allegations are well grounded in fact and all contentions are warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law can be made, that the matter under consideration is not interposed for any improper purpose, such as to harass, to cause delay, or to increase the cost of litigation, and there is just cause to request a consideration of the following pleading on an emergency basis:

     **Trustee's Motion for Order Approving Sale of Estate's Interest in Non-Homestead Real Estate in Curry County, Oregon** *(Emergency Hearing Requested on or before October 23, 2019) (Doc. No. 30)*

     I CERTIFY FURTHER that there is a true necessity for an emergency hearing, specifically, because **the Trustee** seeks **authority to sell the estate's interest in real property in Curry County, Oregon** and requires a hearing prior to **October 23rd, 2019** for the following reason**: the instant sale of real property is a lender approved short sale. The subject property is encumbered by a first mortgage and a second mortgage. The first mortgage short sale approval was received on September 4, 2019 requiring the closing to take place on or before October 4, 2019. The second mortgage short sale approval was received on October 9, 2019, after the expiration of the time for closing required by the first mortgage short sale approval. On October 10, 2019, BK Global Real Estate Services informed counsel for the Trustee of the extension of the first mortgage short sale approval to October 25, 2019 with the provision no further extensions would be granted due to a servicing transfer. The loss of first mortgage short sale approval will result in the forfeiture of the sale of the asset and its value to the estate. A hearing by October 23, 2019 is requested to allow time for entry of the Order Approving Sale and transmission of documents to Oregon title agent prior to the closing date of October 25, 2019.**

     I CERTIFY FURTHER that the necessity of this emergency hearing has not been caused by a lack of due diligence on my part, but has been brought about only by circumstances beyond my control or that of my client. I further certify that this motion is filed with full understanding of F.R.B.P. 9011 and the consequences of noncompliance with same.

     DATED this 10th day of October, 2019.

*/s/ Kristen L. Henkel*
Kristen L. Henkel, Esq.
Florida Bar No. 81858
M. E. Henkel, P.A.
3560 South Magnolia Avenue
Orlando, Florida 32806
Telephone : (407) 438-6738
Facsimile : (407) 858-9466
khenkel@mehenkel.com