## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION
www.flmb.uscourts.gov

In re:  Case No. **6:18-bk-03688-KSJ**
Chapter 7

**Daniel B. Shipley** and
**Nicole R. Shipley**,
              Debtor(s). **/**

## NOTICE OF PRELIMINARY HEARING

**PLEASE TAKE NOTICE** that a Hearing has been set before the Honorable Cynthia C. Jackson, United States Bankruptcy Judge, on **Thursday, October 17, 2019 at 10:45 a.m.**, in Courtroom 6D, 6th Floor, at the United States Bankruptcy Court, George C. Young Federal Building, 400 W. Washington St., Orlando, FL 32801, to consider and act upon the following:

*Emergency Motion for Order Approving Sale of Estate's Interest in Non-Homestead Real Estate in Curry County, Oregon* (Docket No. 30) and transact such other business as may properly come before the Court.

All exhibits must be pre-marked and listed in accordance with Local Rule 9070-1.

Appropriate Attire: You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

**RESPECTFULLY SUBMITTED** this October 15, 2019.

                                                                             /s/ *Kristen L. Henkel*
                                                                             Kristen L. Henkel, Esquire
                                                                             Florida Bar No. 81858
                                                                             M. E. Henkel, P.A.
                                                                             3560 S. Magnolia Ave.
                                                                             Orlando, Florida 32806
                                                                             Telephone: 407-438-6738
                                                                             Facsimile : 407-858-9466
                                                                             khenkel@mehenkel.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 15, 2019, a true and correct copy of the foregoing *Notice of Hearing*, has been filed with the Court and furnished via electronic noticing through the CM-ECF System to all parties requesting such notice and via first class U.S. Mail postage-prepaid, to all parties-in-interest not receiving electronic notices, who are listed in the matrix attached hereto and obtained from the U. S. Clerk of the Bankruptcy Court on October 15, 2019.

                                                                             /s/ *Kristen L. Henkel*

Kristen L. Henkel