IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:                                                Case No. 6:18-bk-03688-KSJ
                                                                                    Chapter 7

DANIEL B. SHIPLEY
NICOLE R. SHIPLEY

         Debtors

_____/

APPLICATION OF STEVEN M. VANDERWILT, CPA
FOR AWARD OF FEES AND EXPENSES FOR ACCOUNTANT OF TRUSTEE
(Notice to be provided by NFR)

STEVEN M. VANDERWILT, CPA, accountant for Gene T. Chambers, trustee of the estates of Daniel and Nicole Shipley, makes this application for an allowance of compensation for professional services rendered and for reimbursement for actual and necessary cost and expenses incurred by applicant it in rendering such services.

1. Applicant was originally retained by the Trustee as its accountant in accordance with the Application, Declaration, and Order Authorizing Employment of Accountant on August 28, 2018.

2. The Trustee agreed to pay the Applicant a reasonable fee to be determined by the Court based upon the actual services rendered and the other criteria used by the Bankruptcy Court in setting such fees.

3. The total amount of $ 153,254.00 has been collected to date for the benefit of creditors. The funds were generated from rent and the sale of rental property.

## Narrative Statement of Case Work and Result

4. This case involves debtors who filed a Chapter 7 bankruptcy on June 19, 2018 The professional services rendered by Steven M. Vanderwilt, CPA and his assistant, Wendy A. Ripley, on behalf of the trustee involved the retrieval and review of the bankruptcy docket, petition, review of debtors' 2016 and 2017 tax returns, determine the federal and Oregon tax treatment of the sale of Oregon rental property, estimate bankruptcy administration expenses, and compute 2018 taxable income and the tax liability for the federal and Oregon, prepare, review, and sign Form 1041 with attached Form 1040, and OR-41 with attached Form OR-40-N for 2018 for the bankruptcy estate prepare, review and sign application for fee.

## Amounts Requested

5. The Applicant requests payment for professional services of $2,932.00 which represents 16.0 hours at the accountant's standard rates.

6. The Applicant has incurred out-of-pocket expenses in the amount of $44.95.

## Summary of Allocation of Time by Service Performed

7. The following tabular summary of services were performed in the major categories listed. A more detailed description of services by time entry is attached to this application.

| Description | Time |
|---|---|
| Tax work | 14.1 |
| Application & General | 1.9 |
| Total | 16.0 |

8. All of the services listed were performed by the following:

| Name | Position | Hourly Rate | Time Spent | Extension |
|---|---|---|---|---|
| Wendy A. Ripley | Associate | $ 85.00 | 8.4 | $ 714.00 |
| Steven M. Vanderwilt | Sr. Associate | $185.00 | 1.8 | $ 333.00 |
| Steven M. Vanderwilt | CPA-Tax | $325.00 | 5.8 | $1,885.00 |
| | Totals | $183.25 | 16.0 | $2,932.00 |

9. All services for which compensation is requested were performed on behalf of the trustee and not on behalf of any committee, creditor, or other person did not duplicate those of the trustee.

10. There is no agreement or understanding between Steven M. Vanderwilt, CPA and any other person for sharing of compensation requested in this application.

11. The valuation of the applicant's services in this matter should be based on the following considerations enumerated in Grant v. George Schumann Tire & Battery Co., 908 F.d 874 (11th Cir. 1990), and In matter of First Colonial Corp. of America, 544 F,2d (5th Cir. 1977):

a. <u>Time and Labor Required:</u> The Applicant has spent <u>16.0</u> hours rendering professional services or on behalf of the trustee in this case. Applicant has maintained detailed, daily records of the time devoted in rendering these services which are summarized in Exhibit "A" attached.

b. <u>Novelty and Difficulty of Questions:</u> The novelty and difficulty of the questions involved in this case was commensurate with other Chapter 7 cases involving the review of facts and determination of whether the preparation of fiduciary tax returns was required.

c. <u>Skills Requisite to Perform the Accounting Services Properly:</u> Applicant's practice consists primarily of tax services and applicant performed the services for the trustee to the best of its ability.

d. <u>Preclusion of Other Employment by Accountant Involved:</u> This case did not preclude the applicant from other employment.

e. <u>Customary Fee:</u> The fee requested by applicant is its customary fee when performing these services.

f. <u>Whether the Fee is Fixed or Contingent:</u> The fee is contingent in that it is subject to approval of the bankruptcy court.

g. <u>The Limitations Imposed by the Client or Other Circumstances:</u> There were no limitations imposed by the client or other circumstances.

h. <u>Amount Involved and Results Obtained:</u> Paragraph 4 above describes the work done by the accountant for the trustee and benefits obtained.

i. <u>Nature and Length of the Professional Relationship with the Client:</u> This factor is not relevant in the circumstances of this case.

j. <u>Awards in Similar Cases:</u> To the best of applicant's knowledge, the amount sought by it is within the range of awards in similar cases.

WHEREFORE, applicant prays an allowance be made in the amount of $2,976.95 for fees and expenses, and that jurisdiction be reserved to consider such future applications as may be filed relating to further services.

UNDER PENALTY OF PERJURY, I certify that the information in the foregoing Application of Steven M. Vanderwilt, CPA for Award of Fees and Expenses of Accountant for Trustee and all its exhibits are true and correct to the best of my knowledge, information and belief.

DATED this the 21st November 2019.

STEVEN M. VANDERWILT, CPA

By: _____

Steven M. Vanderwilt, President
Steven M. Vanderwilt, P.A.
9940 Hood Road
Jacksonville, Florida 32257
Accountant for Trustee

Steven M. Vanderwilt, P.A.
9940 Hood Road
Jacksonville, FL 32257


Invoice submitted to:
Gene T. Chambers Chapter 7 Trustee
PO Box 533987
Orlando, FL 32853-3987
US


November 21, 2019

In Reference To:  DANIEL B. SHIPLEY BANKRUPTCY ESTATE
                  NICOLE R. SHIPLEY BANKRUPTCY ESTATE
                  CHAPTER 7 BANKRUPTCY
                  CASE NUMBER 6:18-BK-03688-KSJ

Invoice #3944

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/22/2018 | WAR | Bankruptcy Work<br>Retrieve email from trustee regarding the potential sale of rental real estate, obtain case docket and petition, prepare declaration of accountant. | 0.50<br>85.00/hr | 42.50 |
|  | SMV | Bankruptcy Work<br>Review case docket, review and sign declaration of accountant. | 0.20<br>185.00/hr | 37.00 |
| 8/22/2019 | SMV | Bankruptcy Work<br>Review case petition, debtors' tax returns, and other information to determine the tax effect of the potential sale of the estate's interest in rental real estate, including estimated depreciation, adjusted tax basis, gain and tax with email to trustee regarding the same. | 2.50<br>325.00/hr | 812.50 |
| 10/23/2019 | WAR | Bankruptcy Work<br>Retrieve current docket and motion. | 0.10<br>85.00/hr | 8.50 |
| 11/20/2019 | SMV | Bankruptcy Work<br>Review email from trustee with HUD-1 closing statement, allocate closing costs between selling expenses and rental expenses, review property's adjusted tax basis, compute and classify gain from sale of rental property (1.0); determine Oregon tax treatment of the sale (1.3); compute federal and Oregon tax liability (1.0). | 3.30<br>325.00/hr | 1,072.50 |
|  | WAR | Bankruptcy Work<br>Begin preparation of the tax return. | 2.50<br>85.00/hr | 212.50 |
| 11/21/2019 | WAR | Bankruptcy Work<br>Finalize Form 1041 with attached Form 1040 for 2018 with filing instructions for the trustee (2.0); Prepare Oregon Form OR-41 with attached Form OR-40-N with filing instructions for the trustee (2.5); | 5.30<br>85.00/hr | 450.50 |

**EXHIBIT A**

Gene T. Chambers Chapter 7 Trustee                                                                 Page    2

|  |  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|---|
|  |  |  | prepare application for fee (.8). |  |  |
| 11/21/2019 | SMV | Bankruptcy Work | Review and sign Form 1041 with attached Form 1040 for 2018 with filing instructions for trustee (.7); review Oregon Form OR-41 with attached Form OR-40-N with filing instructions for the trustee (.5); review and sign application for fee (.4). | 1.60<br>185.00/hr | 296.00 |
|  |  | For professional services rendered |  | 16.00 | $2,932.00 |

Additional Charges :

|  |  |  |  | Qty/Price |  |
|---|---|---|---|---|---|
| 8/22/2018 | WAR | Copies<br>Copies |  | 100<br>0.15 | 15.00 |
|  | WAR | Pacer |  | 1<br>3.20 | 3.20 |
| 10/23/2019 | WAR | Copies<br>Copies |  | 30<br>0.15 | 4.50 |
|  | WAR | Pacer |  | 1<br>2.60 | 2.60 |
| 11/21/2019 | WAR | Copies<br>Copies |  | 131<br>0.15 | 19.65 |
|  |  | Total additional charges |  |  | $44.95 |
|  |  | Total amount of this bill |  |  | $2,976.95 |
|  |  | Balance due |  |  | $2,976.95 |

**EXHIBIT A**